| | |
|---|---|
| **From:** | Miller, Evan |
| **To:** | Leah, Scott; ngregorio@tuckerlaw.com |
| **Cc:** | Roth, Yaakov M.; Rafferty, Sara L.; Pepicelli, Brian; Tucker III, Richard; Grecco, Ian; Brofsky, Jenna; Loring, Martin |
| **Subject:** | RE: B-GE - Joint Status Report regarding selection of arbitrator.DOC |
| **Date:** | Saturday, May 23, 2020 4:20:13 PM |

[EXTERNAL EMAIL]

Scott:

We do not agree with your reading of the Court's request.  When parties are asked to provide a status report and cannot agree on content, the norm is for each to summarize its position in order to allow a joint filing.  You refusal here will burden the Court with multiple, unnecessary filings.  That's unfortunate but we will go ahead with separate filings. Regards,

> Evan Miller
> Partner
> **JONES DAY® - One Firm Worldwide℠**
> 51 Louisiana Avenue, N.W.
> Washington, D.C.  20001-2113
> 202-879-3840 (Office)
> 202-744-6472 (Cell)
> emiller@jonesday.com

**From:** Leah, Scott <SLeah@tuckerlaw.com>
**Sent:** Friday, May 22, 2020 6:35 PM
**To:** Miller, Evan <emiller@JonesDay.com>; ngregorio@tuckerlaw.com
**Cc:** Roth, Yaakov M. <yroth@JonesDay.com>; Rafferty, Sara L. <srafferty@jonesday.com>; Pepicelli, Brian <bpepicelli@tuckerlaw.com>; Tucker III, Richard <rtucker@tuckerlaw.com>; Grecco, Ian <igrecco@tuckerlaw.com>
**Subject:** RE: B-GE - Joint Status Report regarding selection of arbitrator.DOC

** External mail **

Evan,

As you know, the Court only instructed the parties to inform it if we were at an impasse after 21 days.  If so, the Court indicated that it would select the arbitrator for us from the Fund's list.

That is what my draft document does, exactly what the court asked us to do.  Your proposal goes beyond what the Court has asked for and would be improper.

Regarding the request for briefing, the court has already examined the qualifications of the arbitrators, and appears ready to make a selection if the parties cannot.  We do not believe that the Court has invited or wants any more briefing from us and we would not join in such an unnecessary



request.

If you cannot agree to the filing of the joint status report as requested by the court, we will file it as our own document and note that you do not consent.

Scott


**Scott R. Leah, Esq.**



1500 One PPG Place  |  Pittsburgh, PA 15222
Phone: 412.594.5551  |  Fax: 412.594.5619
vCard  |  Bio  |  Website



THIS TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY.

**From:** Miller, Evan <emiller@JonesDay.com>
**Sent:** Friday, May 22, 2020 3:47 PM
**To:** Leah, Scott <SLeah@tuckerlaw.com>; Gregorio, Neil <ngregorio@tuckerlaw.com>
**Cc:** Roth, Yaakov M. <yroth@JonesDay.com>; Rafferty, Sara L. <srafferty@jonesday.com>
**Subject:** RE: B-GE - Joint Status Report regarding selection of arbitrator.DOC

External Email: Use Caution When Opening Attachments or Links.

Scott:

GE does not agree with the approach in your draft Joint Status Report.  GE requests that the Fund agree to a joint status report that contains short summary positions of the parties, and a joint request to the Court for expedited briefing. Thanks and regards,

>    Evan Miller
>    Partner
>    **JONES DAY® - One Firm Worldwide℠**
>    51 Louisiana Avenue, N.W.
>    Washington, D.C.  20001-2113
>    202-879-3840 (Office)
>    202-744-6472 (Cell)
>    emiller@jonesday.com

**From:** Leah, Scott <SLeah@tuckerlaw.com>
**Sent:** Friday, May 22, 2020 8:38 AM
**To:** Miller, Evan <emiller@JonesDay.com>
**Subject:** B-GE - Joint Status Report regarding selection of arbitrator.DOC

\*\* External mail \*\*

Sorry about that.

Word document attached.

**Scott R. Leah, Esq.**



1500 One PPG Place  |  Pittsburgh, PA 15222
Phone: 412.594.5551  |  Fax: 412.594.5619
vCard  |  Bio  |  Website



THIS TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY.
\*\*\*This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.\*\*\*
\*\*\*This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.\*\*\*