## Pepicelli, Brian

| | |
|---|---|
| **From:** | Leah, Scott |
| **Sent:** | Wednesday, May 20, 2020 11:10 AM |
| **To:** | 'Miller, Evan' |
| **Cc:** | Gregorio, Neil; Tucker III, Richard; Eck, Mark; Pepicelli, Brian; Grecco, Ian; Nandan, Kathie; Rafferty, Sara L. |
| **Subject:** | RE: GE |

Evan,

You indicated on May 9th that you would "soon" be responding as to GE's views on the selection of one of the Fund's proposed arbitrators, but we have not heard from you since. As you know, the court order provided that the parties have 21 days from the date of his Order to mutually select one of those arbitrators. GE's delay has made that difficult, and we may need to ask the Court for more time unless we hear from you today.



Scott

**Scott R. Leah, Esq.**



1500 One PPG Place | Pittsburgh, PA 15222
Phone: 412.594.5551 | Fax: 412.594.5619
vCard | Bio | Website



THIS TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY.

**From:** Miller, Evan
**Sent:** Saturday, May 9, 2020 11:51 AM
**To:** Leah, Scott
**Cc:** Gregorio, Neil ; Tucker III, Richard ; Eck, Mark ; Pepicelli, Brian ; Grecco, Ian ; Nandan, Kathie ; Rafferty, Sara L.
**Subject:** RE: GE

External Email: Use Caution When Opening Attachments or Links.

Scott:

Thank you. We will respond soon on our views on an arbitrator in light of Judge Melgrin's ruling. ███████████████████████████████████████████████████████████████ Best regards,

> Evan Miller
> Partner
> **JONES DAY® - One Firm Worldwide℠**
> 51 Louisiana Avenue, N.W.
> Washington, D.C. 20001-2113
> 202-879-3840 (Office)
> 202-744-6472 (Cell)
> emiller@jonesday.com

**From:** Leah, Scott <SLeah@tuckerlaw.com>
**Sent:** Friday, May 8, 2020 8:34 PM
**To:** Miller, Evan <emiller@JonesDay.com>
**Cc:** ngregorio@tuckerlaw.com; Tucker III, Richard <rtucker@tuckerlaw.com>; Eck, Mark <meck@tuckerlaw.com>; Pepicelli, Brian <bpepicelli@tuckerlaw.com>; Grecco, Ian <igrecco@tuckerlaw.com>; Nandan, Kathie <knandan@tuckerlaw.com>; Rafferty, Sara L. <srafferty@jonesday.com>
**Subject:** FW: GE

Evan,

Hope you and your team are staying safe and managing through the stay at home orders.

Now that the Judge has ruled that the parties are to select one of the three arbitrators proposed by the Fund, we wanted to reach out to see if you have a preference as to which one is chosen. If we can come to an agreement, the next step would be for the parties to notify the Judge and then coordinate reaching out to the arbitrator to inform him and get the arbitration started.

Please let me know your thoughts on both.

Scott

**Scott R. Leah, Esq.**



1500 One PPG Place | Pittsburgh, PA 15222

Phone: 412.594.5551 | Fax: 412.594.5619
vCard | Bio | Website



THIS TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY.

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***